UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-22289-CIV-JORDAN

ELLA BERNSHTAM, )
       Plaintiff )
  )
vs. )
  )
BANKUNITED, FSB, a Florida corporation, )
  )
  )
       Defendant )

**CLOSED CIVIL CASE**

### ORDER DISMISSING COMPLAINT & CLOSING CASE

The FDIC, as receiver of BankUnited, filed a motion to dismiss on October 16, 2009. Ms. Bernshtam's response was due October 30, 2009. As of today, no response or motion for extension of time have been filed, so I proceed to adjudicate the FDCI's motion on the meris.

I need only address one of the arguments made by the FDIC. At the time Ms. Bernshtam filed her complaint, the FDIC had been appointed as BankUnited's receiver. *See* Complaint at ¶ 8. Accordingly, Ms. Bernshtam was required to exhaust her administrative remedies with the FDIC before bringing suit. *See* 18 U.S.C. § 1821(d)(3)-(13). Because Ms. Bernshtam has not filed a proof of claim with the FDIC as receiver, the court currently lacks subject-matter jurisdiction to adjudicate her claims. *See, e.g., McMillan v. FDIC,* 81 F.3d 1041, 1045 (11th Cir. 1996).

The complaint is therefore dismissed without prejudice, and the case is closed.

DONE and ORDERED in chambers in Miami, Florida, this 9th day of November, 2009.

*[signature]*
Adalberto Jordan
United States District Judge

Copy to: All counsel of record